**Eric WESTMAN, Petitioner–Appellant,**

**v.**

**Joseph D. LEHMAN, Director (WDOC); Rob McKenna, Washington State**

---

(AG),* Respondents–Appellees.

No. 05–36067.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 23, 2006.

Filed Dec. 7, 2006.

Eric Westman, Appleton, MN, pro se.

Gilbert H. Levy, Esq., Law Office of Gilbert H. Levy, Seattle, WA, for Petitioner–Appellant.

John J. Samson, Esq., Office of the Washington Attorney General, Criminal Justice Division, Olympia, WA, John J. Samson, Esq., for Respondents–Appellees.

Before: KOZINSKI and FERNANDEZ, Circuit Judges, and WINMILL,** District Judge.

### MEMORANDUM***

The state court of appeals did not "appl[y] harmless-error review in an 'objectively unreasonable' manner." *Inthavong v. Lamarque*, 420 F.3d 1055, 1058–59 (9th Cir.2005) (quoting *Mitchell v. Esparza*, 540 U.S. 12, 17, 18, 124 S.Ct. 7, 157 L.Ed.2d 263 (2003)). We must, therefore, defer to its determination that the jury instruction error plaintiff identifies was harmless. *See* 28 U.S.C. § 2254(d).

**AFFIRMED.**

* Rob McKenna is substituted for his predecessor, Christine Gregoire, as Attorney General of the State of Washington, Fed. R.App. P. 43(c)(2).

** The Honorable Lynn B. Winmill, Chief United States District Judge for the District of Idaho, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.